## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2024

Ms. Sarah Citrin

Ms. P. Michele Ellison

Mr. Roman Martinez

Mr. Gerard Sinzdak

	Re:   Case No. 24-3074, *Ohio Cable Telecommunications Association v. FCC, et al*
              Originating Case No. 23-100

Dear Counsel,

   This case has been docketed as number **24-3074** with the caption that is enclosed on a separate page.  Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **February 14, 2024**.  If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

        Petitioner:    Appearance of Counsel
                              Disclosure of Corporate Affiliations
                              Application for Admission to 6th Circuit Bar (if applicable)

        Respondent:  Appearance of Counsel

 More specific instructions are printed on each form. These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Virginia Lee Padgett
                Case Manager
                Direct Dial No. 513-564-7032

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-3074**

OHIO CABLE TELECOMMUNICATIONS ASSOCIATION

    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents